# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**FILED SEP 24 2007**
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Jonathan Lee Riches©,
Plaintiff

CIVIL NO _____

V.

U.S. Postal Service, John E. Potter Postmaster General;
Fedex Ground Package System, INC;
United Parcel Service "UPS", INC;
DHL Worldwide Express;
Western Union Corporation;
Paul Revere;
Pizza Hut Delivery,
Defendants

**REC'D FILED SEP 24 2007**
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## Civil Complaint
## "Delivering Me Injustice"
## TRO Temporary Restraining Order

Comes Now the Plaintiff, Dr. Jonathan Lee Riches©, Phd at Identities, in pro-se, armed head to toe with the 1st amendment, Moves this Honorable Court to issue an order for Defendants and communists named in this suit to respond. This is a TRO Temporary Restraining order the world is in danger motion. Varies acts of deceit, fraud, misrepresentations, driving without liscenses, treason, false advertising, vehicle noise, chemical weapons, and Mail fraud. Plaintiff moves this court as Defendants violated my 1st, 4th, 5th, 6th, 8th, 14th amendments. Plaintiff seeks $11.26 for my package loss of my chinese friend and a Everlasting ban on United States delivery. Plaintiff moves for a Jury trial. Plaintiff prays for relief.

### 1

Defendant's have been blocking my 1st amendment access to the courts for 25 years. Defendants put explodable ink dye in my mail so my recipients can't read what I'm saying. Defendant's put tons of fire ants in my mail to tease me and scare my soul when I open it.

Defendants are negligent on May 2, 2005 towards my mail. I get footprints on my letters, a cheap perfume smell. Last October the Defendants sent a used index finger of a hispanic.

### 2

Defendants entrap people through the mail. Defendant's allowed Cho to deliver his mail to NBC at Norris Hall and Kingdom Hall of the Jehovah's. DR. Steven Hatfield was forced by Defendants in Trenton NJ to send Anthrax to me. I can't use the mail to file lawsuits without being persecuted. Defendants always lace my stamps with rat poison. Seattle subway rats, Subway with Jarrod. Every day the Defendants raise postal rates limiting my access to courts. The stamps weigh too much, It makes envelopes heavier and the FCI Williamsburg DR. says I can't lift over 10 ounces as part of my rehabilitation.

### 3

Feb 24th, 2003 - Paul Revere did not warn me about my indictment. A deliberate indifference. Smarty Jones rode past my florida home instead. Inmates play horseshoes at FCI Williamsburg with Reveres feet.

### 4

Under whistleblowing laws, I worked for UPS in 1996, 1997 as a package handler in cold frosty trailors, in dead winter with the AC cranked up. Shorts and a muscle shirt. UPS made me join the teamsters union, I was forced to pay dues or Defendant's threatened me with Jimmy Hoffa and Bounty Hunter Diamond dog, and Paulie West Coaster Chopper, and Steven Segal and Patrick Ewing.

### 5

May 10, 2006 - I ordered a Pizzahut double crust from the FCI Williamsburg prison phone. Pizzahut advertises 30 minutes or less. No pizza came, no dipping sauce or breadsticks. A fraud in my eyes. We ate prison liver that night.

6

I need to file a complaint and suit with John E. Potter, his brother the magical Harry Potter, the Pottery Barn, and U.S. Post Office. On Aug 7, 2007 my friend old chinese prisoner Yuk Rung Tsang 37357-053 sent a certified mail to his Attorney Richard Amberg, Keego Harbor, MI 48320. I got a copy of the Return Receipt Service, I got that back on Aug 8, 2007. I paid $6.79 for the fee of the Postal service. On Aug 29, 2007 they never recieved the package at the Lawyers office. I checked for Tsang at the Prison mail room, and the officer in the mail room gave me a track and confirm with "there is no record of this item". The Post office and John Potter lost Tsang's package. Tsang lost his timing of filing legal papers, and nobody will do anything. What is this Court gonna do? I bet a million dollars this Court will say this is "Frivolous". When in fact I'm sending proof. This Court is protecting the USPS and Fedex because it needs their service to send Innocent Americans Indictments and court cost bills. The mail is the wheels of commerce. How can I expect a fair hearing. I'm so disappointed in the Postal service. You pay extra for Certified and Return Receipt, but they still lose your property. So why do I have to pay more for a service that rips me off. Thousands of people mail get lost everyday. It's time for the Post office to learn a lesson, so they can do better tommorow. The Post office is violating my 6th amendment rights under Booker/FanFan knowing and sending court ordered mail from New orleans affirming my sentence knowing I was enhanced. <u>Restraining Order</u> - Stop all shipping in this Country, lets go back to the horse and buggy days so no innocent people like myself can have their 6th and 8th amendment rights violated. Keep the defendants away from me

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully
*Jon Lee R*
Jonathan Lee Riches

(See Attached Exhibit)



## Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0710 0005 6693 0461**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**

Enter Label/Receipt Number.

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Certified Mail Receipt — Label 7007 0710 0005 6693 0461
Yuk Tsang — OFFICIAL USE
Postage $1.99; Certified Fee $2.65; Return Receipt Fee $2.15; Total Postage & Fees $6.79
Postmark: SALTERS SC, AUG 07 2007, USPS 29590
Sent To: Richard Amberg, ESQ., 2804 Orchard Lake Rd – 200, Keego Harbor, MI. 48320
PS Form 3800, August 2006

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    8/29/2007