IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES | : | CIVIL ACTION |
| v. | : | |
| U.S. POSTAL SERVICE, et al. | : | NO. 07-4009 |

FILED
SEP 2 7 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

**AND NOW**, this 27 day of September, 2007, plaintiff, proceeding pro se, having failed to either pay the $350 filing fee to commence this civil action or to file a motion to proceed in forma pauperis, and plaintiff's complaint consisting of claims that cannot be understood, see Neitzke v. Williams, 490 U.S. 319, 327 (1989) (dismissal is appropriate when an action posits "factual contentions [that] are clearly baseless."), **IT IS HEREBY ORDERED** that the Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

LOUIS H. POLLAK, J.